JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JAN 18 1983

PATRICIA D. HOWARD

1/18/83

DOCKET NO. 534

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WHEAT RAIL FREIGHT RATE ANTITRUST LITIGATION

TRANSFER ORDER*

This litigation consists of six actions pending in three districts: three in the Northern District of Illinois; two in the District of Minnesota; and one in the District of the District of Columbia. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to centralize all actions in the Northern District of Illinois for coordinated or consolidated pretrial proceedings.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Northern District of Illinois will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Common factual questions arise from the allegations in these actions that defendants violated antitrust law by combining and conspiring to raise, fix, maintain, and stabilize the price of wheat freight carriage. Centralization pursuant to Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

We conclude that the Northern District of Illinois is the best transferee district for this litigation, given that 1) more actions are pending there than in any other district; 2) the Northern District of Illinois is preferred by a majority of the parties; and 3) according to movants, many discovery sources are likely to be found in the Chicago area.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the District of Minnesota and the District of the District of Columbia be, and the same hereby are, transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Prentice H. Marshall for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Fred Daugherty recused himself and took no part in the decision of this matter. In addition, Judge Edward S. Northrop took no part in the decision of this matter.

SCHEDULE A

MDL-534 -- In re Wheat Rail Freight Rate Antitrust Litigation

### District of the District of Columbia

The Pillsbury Co. v. Baltimore and Ohio Railroad Co., et al., C.A. No. 82-2818

### District of Minnesota

DCA Food Industries, Inc. v. Baltimore and Ohio Railroad Co., Inc., C.A. No. 3-82-1379

General Mills, Inc. v. Baltimore and Ohio Railaroad Co., et al., C.A. No. 3-82-1298

### Northern District of Illinois

Little Crow Milling Co., Inc. v. Baltimore & Ohio Railroad, Co., et al., C.A. No. 82C6179

Midstate Mills, Inc. v. Baltimore & Ohio Railroad, et al., C.A. No. 82C6180

The Pillsbury Co. v. Chicago South Shore & South Bend Railroad, et al., C.A. No. 82C6054